924

No. 835, Misc. BURD *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 837, Misc. McNAIR *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 839, Misc. HITCHCOCK *v.* EYMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 847, Misc. STELLO ET AL. *v.* STRAND ET AL. Supreme Court of California. Certiorari denied.

No. 849, Misc. MULLINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 850, Misc. CUNNINGHAM *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 851, Misc. OPPENHEIMER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 852, Misc. CROOM *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 853, Misc. VAN PELT *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 854, Misc. DONNELL *v.* NASH, WARDEN. C. A. 8th Cir. Certiorari denied.